IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD ALLEN TERRELL
ADC #116847                                                                                          PETITIONER

VS.                                          5:04CV00368 JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                RESPONDENT

## JUDGMENT

Pursuant to the Memorandum Order filed in this matter, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Petitioner's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, is DISMISSED, WITH PREJUDICE.

Dated this 20th day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE